
**JS-6**

1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11  OHANNES MAZMANIAN,  | Case No. 5:22-cv-01010-FLA (KKx)

12                Plaintiffs,

                                  **JUDGMENT**

13        v.

14

15  FCA US, LLC; and DOES 1 through 10, inclusive,

16                Defendants.

17

18
19
20
21
22
23
24
25
26
27
28

1

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On March 10, 2023, Plaintiff OHANNES MAZMANIAN ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 ("Rule 68").

Accordingly, the court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

IT IS SO ORDERED.

Dated: August 8, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge