|   |   |
|---|---|
| | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHANNES MAZMANIAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　　　Defendants. | Case No. 5:22-cv-01010-FLA (KKx)<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING PLAINTIFF'S FEES, COSTS, AND EXPENSES [DKT. 40]** |

On October 4, 2023, the parties filed a Joint Stipulation Regarding Plaintiff's Fees, Costs, and Expenses ("Stipulation"), stating Defendant FCA US, LLC ("Defendant") agreed to pay Plaintiff Ohannes Mazmanian ("Plaintiff") $9,000.00, to resolve Plaintiff's attorneys' fees, costs, and expenses. Dkt. 40.

Having reviewed and considered the Stipulation and filing good cause therefor, the court hereby APPROVES the Stipulation and ORDERS Defendant to pay Plaintiff $9,000.00, to resolve Plaintiff's attorneys' fees, costs, and expenses. Payment shall be made to counsel for Plaintiff within 60 days of entry of this Order. Upon satisfaction of funding, Plaintiff shall dismiss this case with prejudice within 10 business days.

IT IS SO ORDERED.

Date: October 10, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge